UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-CR-170-MPB-TAB |
| ) | |
| SEAN EBERHART, ) | |
| ) | |
| Defendant. ) | |

## AMENDED AGREED MOTION TO CONTINUE SENTENCING

Defendant Sean Eberhart, by and through his undersigned counsel, hereby moves this Court to continue the sentencing date previously set in this matter. In support of this Motion, Mr. Eberhart respectfully states as follows:

1. Mr. Eberhart appeared before this Court on November 28, 2023 for his arraignment in this case.

2. On that same date, Mr. Eberhart entered a plea of guilty to the Information pursuant to a Plea Agreement.

3. The Court then set Mr. Eberhart's sentencing for February 14, 2024.

4. On February 1, 2024, this Court granted Mr. Eberhart's unopposed Motion for a continuance and reset sentencing for April 29, 2024.

5. Mr. Eberhart now seeks a second continuance of approximately two months.

6. This request is not sought for the purpose of delay.

7. Undersigned counsel is informed by counsel for the United States that they agree to and do not object to this Motion.

WHEREFORE, for these reasons, Mr. Eberhart moves this Court to continue his sentencing date and to set a new sentencing date on or after June 24, 2024.

Respectfully submitted,

Dated: April 3, 2024

UB GREENSFELDER LLP

 /s/ Patrick J. Cotter
Patrick J. Cotter
200 W. Madison Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 419-9090
Facsimile:  (312) 419-1930
PCotter@UBGLaw.com

David P. Niemeier
10 S. Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone: (314) 241-9090
Facsimile:  (314) 541-8624
DNiemeier@UBGLaw.com

*Attorneys for Defendant Sean Eberhart*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2024, a copy of the foregoing Motion was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

 /s/ Patrick J. Cotter